IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02875-WYD-KLM

MICHAEL F. ARNALL,

Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, in their official capacities;
and
JAMES HIBBARD, in his individual and official capacity,

Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Vacate Settlement Conference** [Docket No. 16; Filed May 9, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Settlement Conference set for May 18, 2011 at 1:30 p.m. is **vacated** and will be reset upon joint motion of the parties.

Dated:  May 9, 2011