IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02875-WYD-KLM

MICHAEL F. ARNALL,

Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, in their official capacities; and
JAMES HIBBARD, in his individual and official capacity,

Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Plaintiff's Unopposed Motion to Modify Scheduling Order to Extend Deadlines for Expert Witness Disclosures** [Docket No. 19; Filed June 8, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  A Scheduling Order can only be modified by a showing of good cause.  Fed. R. Civ. P. 16(b)(4).  The Motion provides no basis for modifying certain deadlines in the Scheduling Order.  Therefore, the Motion fails to provide good cause.

Dated:  June 8, 2011