IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02875-WYD-KLM

MICHAEL F. ARNALL,

    Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, in their official capacities; and
JAMES HIBBARD, in his individual and official capacity,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's [Second] Unopposed Motion to Modify Scheduling Order to Extend Deadlines for Expert Witness Disclosures** [Docket No. 22; Filed June 8, 2011] (the "Motion"). For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on February 9, 2011 [Docket No. 12] is modified to extend the following case deadlines.

- Expert Disclosure Deadline      **July 8, 2011**
- Rebuttal Expert Disclosure Deadline      **July 25, 2011**

    Dated: June 9, 2011