IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02875-RBJ-KLM

MICHAEL F. ARNALL,

    Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS, in their official capacities, and
JAMES HIBBARD, in his individual and official capacities,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion for Leave to Hold Schedule in Abeyance** [Docket No. 31; Filed January 4, 2012] (the "Motion").  Plaintiff represents that this matter has settled.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows.  The Final Pretrial Conference set for January 11, 2012 is **VACATED**.  The parties shall file dismissal papers on or before **January 17, 2012**.

    Dated:  January 5, 2012