# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02875- RBJ-KLM

MICHAEL F. ARNALL,

    Plaintiff,

v.

ADAMS COUNTY BOARD OF COUNTY COMMISSIONERS in their official capacities; JAMES HIBBARD, in his individual and official capacity,

    Defendants.
_____

## STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

Plaintiff Michael F. Arnall and Defendants, by and through their undersigned attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all claims against all Defendants in this case with prejudice, each party to bear its own costs and expenses, including attorney fees.

Respectfully submitted this 25th day of January 2012.

| | |
|---|---|
| s/David A. Lane | s/Heidi M. Miller |
| David A. Lane | Heidi M. Miller |
| KILLMER, LANE, & NEWMAN, LLP | Assistant County Attorney |
| 1543 Champa Street, Suite 400 | Adams County Attorney's Office |
| Denver, Colorado 80202 | 4430 S. Adams County Parkway |
| Telephone: 303-571-1000 | Suite C5000B |
| Fax: 303-571-1001 | Brighton, CO 80601 |
| dlane@kln-law.com | Phone: (720) 523-6116 |
| *Counsel for Plaintiff* | Fax: (720) 523-6114 |
| | hmiller@adcogov.org |
| | *Attorneys for Defendants* |